**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LUIS PEDRO GARCIA-VICENTE, aka Jaime Sergio Hernandez-Gomez, | No. 09-70189 |
| Petitioner, | Agency No. A098-896-462 |
| v. | MEMORANDUM [*] |
| ERIC H. HOLDER Jr., Attorney General, | |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted February 16, 2010 [**]
San Francisco, California

Before: FERNANDEZ, GOULD, and  M. SMITH, Circuit Judges.

Luis Pedro Garcia-Vicente, a native and citizen of Guatemala, petitions pro

se for review of a decision of the Board of Immigration Appeals dismissing his

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

jlf/Inventory

appeal from the immigration judge's denial of his applications for asylum, and withholding of removal.

We reject Garcia-Vicente's claim that he is eligible for asylum and withholding of removal based on his membership in a particular social group, namely Guatemalan males who refuse to join gangs, or based on his anti-gang political opinion. *See Santos-Lemus v. Mukasey*, 542 F.3d 738, 745-46 (9th Cir. 2008) (rejecting as a particular social group "young men in El Salvador resisting gang violence"); *Barrios v. Holder*, 581 F.3d 849, 854-56 (9th Cir. 2009) (refusal to join a gang does not amount to political opinion.)

Accordingly, because Garcia-Vicente failed to demonstrate that he was persecuted on account of a protected ground, we deny the petition for review.

**PETITION FOR REVIEW DENIED**.